**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMC NETWORKS, INC.

Defendant.

Case No.: 1:23-cv-02524

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS**

PLEASE TAKE NOTICE that, upon the accompanying Motion to Compel Arbitration and Stay All Proceedings and Declarations of Yoshitaka Ito and Mark S. Melodia in Support of AMC Network Inc.'s Motion to Compel Arbitration and Stay All Proceedings, and all prior pleadings, papers, and proceedings in this matter, Defendant AMC Network Inc., by and through its undersigned counsel, moves this Court before the Honorable Andrew L. Carter, United States District Judge, United States District Court, Southern District of New York, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order compelling arbitration and staying all proceedings pursuant to the Federal Arbitration Act (FAA), 9 U.S.C. § 4.

Dated: New York, New York
May 1, 2023

By: /s/ *Mark S. Melodia*

Mark Spurrier Melodia
Sophie Kletzien
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
(212)-513-3200
Fax: (212)-385-9010
mark.melodia@hklaw.com
sophie.kletzien@hklaw.com
*Counsel for Defendant*
*AMC Networks, Inc.*