**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMC NETWORKS, INC.<br><br>Defendant. | Case No.: 1:23-cv-02524 |

**DECLARATION OF MARK S. MELODIA**

I, Mark S. Melodia, being first duly sworn under oath, state and depose upon personal knowledge as follows:

1. I am an attorney of the State of New York and a partner at Holland & Knight LLP, attorneys for Defendant AMC Network Inc.

2. Use of the AMC+ subscription service is conditioned upon the user's agreement to the AMC+ Terms of Use. Attached hereto as **Exhibit A** is a true and correct copy of the AMC+ Terms of Use in effect when Plaintiff Vela alleged he subscribed to AMC+.

3. Attached hereto as **Exhibit B** is a true and correct copy of the AMC+ Terms of Use in effect when Plaintiffs Nuñez and Germuga alleged they subscribed to AMC+.

Under penalty of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: May 1, 2023

/s/ Mark S. Melodia
Mark S. Melodia