**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMC NETWORKS, INC.

Defendant.

Case No.: 1:23-cv-0441-ALC

**DECLARATION OF YOSHITAKA ITO**

I, Yoshitaka Ito, being first duly sworn under oath, state and depose upon personal knowledge as follows:

1. I am Vice President of Information Platforms at AMC Networks Inc. ("AMC"). I have held this role since March 2016. In that capacity, I oversee AMC's engineering and data networks. I have personal knowledge of the facts contained in this declaration and would testify competently thereto if called as a witness to testify in this matter.

2. In 2020, AMC had no stand-alone subscription service for viewing videos on the AMC+ website, www.amcplus.com ("AMC+ Website").

3. Online streaming via the AMC+ Website launched on August 10, 2021.

4. Prior to that date, AMC+ streaming services were not available online on the AMC+ Website.

Under penalty of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: May 1, 2023

DocuSigned by:

Yoshitaka Ito

DFB32941688D4E3...

Yoshitaka Ito