**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Civil Action No. 1:23-cv-0441-ALC

AMC Networks, Inc. d/b/a/ AMC+,

Defendants.

**DECLARATION OF SAMUEL R. JACKSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO STAY**

I, Samuel R. Jackson, declare as follows:

1. I, Samuel R. Jackson, am an associate in the law firm of Carney Bates & Pulliam, PLLC ("CBP"), attorneys for Plaintiffs Vela, Nunez, and Germuga. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2. On May 11, 2023, I located the webpage identified in Defendant's Motion to Compel (ECF No 17, fn.2) by locating the webpage archived from August 11, 2021 and stored on the Wayback Machine. The url that hosts this page is: https://web.archive.org/web/20210811000359/https://www.amcplus.com/create.

3. I accessed this page using a laptop and collected screenshots that illustrate what a user that accessed the page on August 11, 2021 would have seen upon loading the webpage located at www.amcplus.com/create.

4. The images captured illustrate the entirety of the screen in view when the page loads, and I took no action to change or alter the default browser settings.

5. The first image is depicted below as *Figure 1*, which shows what the user would see on the webpage without scrolling down. As one can see, the webpage does not display the Notice of Defendant's Terms of Use, as suggested by Defendant in its Motion to Compel.




*Figure 1*

6. Figure 1 displays the exact same URL provided by Defendant in its Motion to Compel, illustrates that the page has not been scrolled at all (see the scrollbar on the right side of the screen), and captures the entirety of the laptop screen (see the toolbar at the bottom of the screen). I redacted personal information from the top right of this image.

7. Figure 2, however, is an image captured of the screen after I scrolled down the same page:




*Figure 2*

8. This image corresponds with the cropped image presented by Defendant in its Motion to Compel, which required the screen to be scrolled (again, note the position of the scrollbar on the right side of the image) and excludes the features at the top of the screen from Figure 1, such as the AMC+ logo, the "Sign In" button, and the image indicating that this page constitutes Step 1 of a two-step process a user follows to Create Your Free Account.

9. As demonstrated in Figure 1, when a user accessed www.amcplus.com/create on August 11, 2021, they would not see Defendant's language referring to its Terms of Use when the webpage loaded.

10. When a user hovers the mouse over the "CREATE ACCOUNT" or "START FREE TRIAL" buttons, the colors of those buttons change: the background of the button fills with the bright turquoise color, and the text color changes to black. The visual change of that button is depicted below:




*Figure 3*

11. Additionally, on May 11, 2023, I went through the process to access AMC+ content via the AppleTV application installed on a laptop.

12. When I used the AppleTV application to subscribe to AMC+ content, the program displayed the following screen:




*Figure 6*

13. After selecting "Try AMC+ Free," the following screen was displayed:




*Figure 7*

14. After selecting "Continue" the following screen was displayed:




*Figure 8*

15. None of the screens presented in Figures 6-8 includes language that references the AMC+ Terms of Use.

16. Attached to this Declaration as Exhibit 1 is a copy of the motion to compel filed by the defendant in *Feld v. Postmates, Inc.*, No. 1:19-cv-03899 (PKC), Dkt. No. 23 (Motion to Compel Arbitration) (S.D.N.Y. Aug. 26, 2019) for the Court's ease of reference to an image in the

motion showing the "Terms of Service" text in a darker, more prominent font than the surrounding text.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 15, 2023 in Little Rock, AR.

*/s/ Samuel R. Jackson*
Samuel R. Jackson