UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

AMC Networks, Inc. d/b/a/ AMC +,

Defendant.

Case No. 1:23-cv-02524-ALC

**DECLARATION OF NICHOLAS ELI NUÑEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Pursuant to 28 U.S.C. § 1746 I, Nicholas Eli Nuñez, declare as follows:

1. I, Nicholas Eli Nuñez, am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it. I am currently located in and am signing this declaration from New York, New York.

2. I signed up for AMC+ via the Apple TV app installed on my laptop.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 15, 2023

Nicholas Nunez (May 15, 2023 15:37 EDT)

Nicholas Eli Nuñez