UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMC Networks, Inc. d/b/a/ AMC +,<br><br>Defendant. | Case No. 1:23-cv-02524-ALC |

**DECLARATION OF ANDY GERMUGA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Pursuant to 28 U.S.C. § 1746 I, Andy Germuga, declare as follows:

1. I, Andy Germuga, am currently located in and am signing this declaration from Rochester, NY and am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2. I signed up for AMC+ via the AMC+ website on my laptop.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 15, 2023

Andy Germuga (May 15, 2023 15:34 EDT)

Andy Germuga