UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VELA, NICHOLAS NUÑEZ, and ANDY GERMUGA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMC Networks, Inc. d/b/a AMC+,<br><br>Defendant. | Case No. 1:23-cv-02524-ALC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Ronald Vela, Nicholas Nuñez, and Andy Germuga ("Plaintiffs") respectfully submit the recent decision in *Adams v. America's Test Kitchen, LP*, No. 1:22-cv-11309-AK, Dkt. No. 45 (D. Mass. June 30, 2023), attached hereto as Exhibit A, as supplemental authority in support of Plaintiffs' opposition to AMC Networks, Inc.'s ("Defendant's" or "AMC's") motion to compel arbitration and stay proceedings. Like the instant action, *Adams* is about the alleged disclosure of personally identifiable information under the federal Video Privacy Protection Act. The *Adams* decision denied defendants' motion to compel arbitration in part on the grounds that the website at issue did not afford plaintiff notice of the terms that included an arbitration clause. The *Adams* court's notice analysis is relevant to this action because the webpage design at issue in both cases is similar. Specifically, on both webpages, (1) the placement of the link to the terms that contain the arbitration clause was not conspicuous because it was not near the sign up button; (2) the text referring to the terms was not visually distinct from surrounding text; and (3) the hyperlink to the terms was not clearly hyperlinked, as evidenced by its font. *See Adams*, No. 1:22-cv-11309-AK at 8-10.

Respectfully submitted,

Dated: July 6, 2023

Respectfully submitted,

*/s/ Douglas I. Cuthbertson*__

Douglas I. Cuthbertson
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: (212) 355-9500
Fax: (212) 355-9592
dcuthbertson@lchb.com

Samuel R. Jackson (NY Bar No. 5332325)
Hank Bates (to apply for admission *pro hac vice*)
Courtney E. Ross (to apply for admission *pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
519 W 7th St.
Little Rock, Arkansas 72201
Tel: (501) 312-8500
Fax: (501) 312-8505
sjackson@cbplaw.com
hbates@cbplaw.com
cross@cbplaw.com