**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

**MEMO ENDORSED** July 14, 2023

Douglas I. Cuthbertson
Partner
dcuthbertson@lchb.com

**VIA ELECTRONIC FILING**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2023

RE:   *Vela, et al. v. AMC Networks, Inc. d/b/a/ AMC+*
Case No.: 1:23-cv-02524-ALC

Your Honor:

I write on behalf of all parties in the above-captioned action to inform the Court that they have agreed to enter into good faith settlement negotiations before a private mediator on September 11, 2023. The parties believe that the mediation will advance resolution of this action and, if successful, help conserve litigation resources for the Parties and generate efficiencies for this Court in managing its docket.

The parties request that the court: (1) stay this action in advance of the scheduled mediation, including Defendant's pending motion to compel arbitration and stay all proceedings (*see* Dkt. 14); and (2) require that within eighteen (18) days of the mediation (i.e., by September 29, 2023), the parties report to the Court on the outcome of the mediation.

Very truly yours,

Douglas I. Cuthbertson

The parties are **ORDERED** to file a joint status report on or by September 29, 2023 advising the Court on the outcome of mediation. Because there are no pending deadlines in this matter, the parties' request for a stay is **DENIED** at this juncture.

SO ORDERED:
Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 27, 2023

San Francisco   New York   Nashville   Munich   www.lieffcabraser.com