**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONNIE VELA, NICHOLAS NUNEZ, ANDY GERMUGA, TRISHA ICKES, WILLIAM BUCKLEY, PATRICK JAMES, WILLIAM KETTERER, THOMAS APOSTLE, and WENDY KISER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMC NETWORKS, INC.,<br><br>Defendant. | Case No. 1:23-cv-02524-ALC |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"), the Class Action Settlement Agreement (the "Settlement") (ECF No. 43-1), and this Court's Preliminary Approval Order (ECF No. 50), Plaintiffs Ronnie Vela, Nicholas Nunez, Andy Germuga, Trisha Ickes, William Buckley, Patrick James, William Ketterer, Thomas Apostle, and Wendy Kiser ("Plaintiffs") will and hereby do request that the Court grant final approval of the Settlement of the above-referenced action (the "Action"). More specifically, Plaintiffs respectfully request this Court enter an order: (i) granting final approval of the Settlement as fair, reasonable, and adequate; (ii) certifying the Settlement Class; and (iii) finding that the notice program as set forth in Section 4 of the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the

circumstances. Defendant AMC Networks, Inc. does not oppose the Motion for Final Approval. This motion is based on the accompanying memoranda of points and authorities; the Settlement and exhibits thereto (ECF No. 43-1); the Joint Declaration of Class Counsel filed herewith; the Declaration of Steven Weisbrot, Esq. Re: Notice and Administration filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

Dated: March 25, 2024

Respectfully submitted,

*/s/ Douglas I. Cuthbertson*

/s/ Douglas I. Cuthbertson
Douglas I. Cuthbertson
(dcuthbertson@lchb.com)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: (212) 355-9500
Fax: (212) 355-9592

Michael W. Sobol
(msobol@lchb.com)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
Fax: (415) 956-1008

Hank Bates (hbates@cbplaw.com)
Lee Lowther (llowther@cbplaw.com)
Courtney E. Ross (cross@cbplaw.com)
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Tel.: (501) 312-8500
Fax: (501) 312-8505

Michael Reese (mreese@reesellp.com)
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025
Tel.: (212) 643-0500

Kevin Laukaitis
(klaukaitis@laukaitislaw.com)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel.: (215) 789-4462

*Class Counsel*

**CERTIFICATE OF SERVICE**

I, Douglas I. Cuthbertson, hereby certify that this document was filed on March 25, 2024, via the ECF system, and was sent electronically on that date to the parties' counsel of record.

By: */s/ Douglas I. Cuthbertson*
Douglas I. Cuthbertson