UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROVIDED TO SANTA ROSA CI ON APR 18 2024 FOR MAILING BY

CARLTON XAVIER MATHEWS
Plaintiff

v. Case No.: 1:23-cv-02524-ALC

AMC Network, Inc
Defendants

SUPPLEMENTAL COMPLAINT

COMES NOW, the Plaintiff, Carlton Mathews prose, pursuant to Fed. R. Civ., move this Honorable Court and hereby file supplemental complaint requesting to be added as a party in classaction lawsuit. In support of complaint, Plaintiff states as follows:

AMC Network violate Plaintiff's by disclosing personal identifiable information of registered users of AMC Services, Plaintiff suffered damage same as other Plaintiffs. Plaintiff seek to be compensated as well as other class members in this classaction lawsuit.

WHEREFORE, Plaintiff respectfully request this Honorable Court add Plaintiff as a member in the classaction lawsuit.

/s/ [signature]
Carlton X. Mathews #J27519
Santa Rosa C. I.
5850 East Milton Rd
Milton, FL 32583

Carlton X. Mathews # J27519
Santa Rosa Collection Institution
5850 East Milton Rd
Milton, FL 32583

APR 25 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

USMPS SDNY

2024 APR 26 PM 4:16