UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONNIE VELA, NICHOLAS NUÑEZ, ANDY GERMUGA, TRISHA ICKES, WILLIAM BUCKLEY, PATRICK JAMES WILLIAM KETTERER, THOMAS APOSTLE, and WENDY KISER, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br>  vs.<br><br>AMC NETWORKS, INC.,<br><br>                         Defendant. | Case No. 1:23-CV-02524-ALC |

### SUPPLEMENTAL DECLARATION OF JENNY SHAWVER RE: IMPLEMENTATION AND OUTCOME OF THE COURT-APPROVED NOTICE PLAN

I, **JENNY SHAWVER**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am a Senior Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"), which the Court appointed as Settlement Administrator. *See* Dkt. 50 (Preliminary Approval Order), ¶ 10. I am fully familiar with the facts contained herein based upon my personal knowledge.

2. The purpose of this declaration is to provide the Parties and the Court with an update on statistics concerning any claims, opt-out, and/or objection submissions by Settlement Class Members following the April 9, 2024 claims, opt-out, objection deadlines. Angeion's last declaration on this subject matter was submitted on March 25, 2024. *See* Dkt. 56.

### SETTLEMENT WEBSITE & TOLL-FREE HOTLINE ACTIVITY

3. As of May 1, 2024, the Settlement Website has received 1,451,031 website visits by 1,105,258 unique users totaling 2,190,898 pageviews.

4. As of May 1, 2024, Angeion has received 4,277 calls totaling 14,201 minutes.

## SETTLEMENT CLASS MEMBERS' CLAIMS

5. The deadline for Settlement Class Members to submit a Claim Form was April 9, 2024. As of the date of this declaration, Angeion has received a total of 558,397 Claim Form submissions (553,921 were submitted via the Settlement Website and 4,476 were received via U.S mail or via email). Of these 558,397 Claim Forms, 557,901 are timely and 496 are untimely.

6. The 557,901 timely Claim Form submissions received by Angeion represent approximately 7.6% of the unique Settlement Class Member records on the Class List, an increase of .66 or 31,083 timely Claim Form submissions between March 25, 2024 and the April 9, 2024 filing deadline.

7. Of the 557,901 timely Claim Form submissions received, 555,921 are valid and 2,164 are pending a final status.

## EXCLUSIONS & OBJECTIONS

8. The deadline to submit a request for exclusion from the Settlement was April 9, 2024. As of the date of this declaration, Angeion has received 291 exclusion requests. Attached hereto as **Exhibit A** are the names of the individuals who submitted exclusion requests.

9. The deadline to submit an objection to the Settlement was April 9, 2024. As of the date of this declaration, Angeion has received no objections to the Settlement. I am aware of no objections to the Settlement from any source, and Class Counsel and AMC's counsel has informed me that they are also aware of no objections to the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Redding, California this 2nd day of May, 2024.

_____
JENNY SHAWVER

# EXHIBIT A

| 1 | JOEY NICHOLAS | GRIFFIN |
|---|---|---|
| 2 | CINDY L | PASKE |
| 3 | ANDREW | CHAN |
| 4 | JASON | TRIPLETT |
| 5 | JOSHUA JAMES | MCINTYNE |
| 6 | NATHAN | TAM |
| 7 | ZAIN A | KAZMI |
| 8 | MARY YOLANDA | VERA |
| 9 | ERIC | EHMANN |
| 10 | MICHAEL WELTON | WILLIAMS |
| 11 | JAMES | HAMMOND |
| 12 | LEE | PITTMAN |
| 13 | PAMELA ANN | SMITH |
| 14 | SAMUEL A | BIRNEY |
| 15 | AUNALISA | ARELLANO |
| 16 | JUDON | HURD |
| 17 | HOLLACE (HOLLY) | DUPREE SANCHEZ |
| 18 | RAINE | HELMING |
| 19 | DANIEL P | ROHDE |
| 20 | KIMBERLY | NAVARRO |
| 21 | WALTER | BRZESKI |
| 22 | BARRY E | LEVINE |
| 23 | KENNETH | MASSON |
| 24 | JOHN | LANCER |
| 25 | STEPHEN | ACKILLI |
| 26 | CRYSTAL D | WILSON |
| 27 | RICHARD D | PUGH |
| 28 | ANTONI A | CURIALE |

| 29 | LEON J | RACHUBA III |
|---|---|---|
| 30 | TIMOTHY | MATSUDA |
| 31 | DAVID | MANUEL |
| 32 | EMMA | LaPALERMO |
| 33 | DONNA | VARBERO |
| 34 | DAKOTA | MORZOLLA |
| 35 | SEAN M | CALLAHAN |
| 36 | SHAUN | FORD |
| 37 | JAMES | HOLIDAY |
| 38 | WANDA DENISE | HILL |
| 39 | SAUL | GARCIA |
| 40 | MARINA C | SULLIVAN |
| 41 | DAVID | LEFFLER |
| 42 | JOHN | MASCIOPINTO |
| 43 | TERRY | BLACKBURN |
| 44 | DEBORAH GAIL | MILLS |
| 45 | VANREA | MOORE |
| 46 | KEKITH R | REBMANN |
| 47 | CHARITA | ALEXANDER |
| 48 | JILL R | SMITH |
| 49 | PEDRO | ESTEVEZ - VELEZ |
| 50 | PERRIN | NICOLSON |
| 51 | FRANK | ORTEGA |
| 52 | MICHAEL | PANGBORN |
| 53 | LINDA | YELVERTON |
| 54 | HAROLD | WILHELM |
| 55 | DAVID | PERCIVAL |
| 56 | LARRY | EDWARDS |

| | | |
|---|---|---|
| 57 | JESSE | GONZALEZ |
| 58 | DANIEL | McKINNEY |
| 59 | BRIGGETTE | ALLEN |
| 60 | ASHLEE G | McCARTY |
| 61 | MARK LEE | WORLEY |
| 62 | EDVENNA | JONES MIRANDA |
| 63 | SARI | FITZGERALD |
| 64 | IRMA D | WILSON |
| 65 | MAJORIE J | BERKLEY |
| 66 | MARCHI D | HALLUMS - FLOWERS |
| 67 | DEREK J | TULEY |
| 68 | BRENT | HOFMANN |
| 69 | NICHOLAS | MULLINS |
| 70 | PAMELA J | SEBRELL |
| 71 | CHRISTINA | THIELE - YANCY |
| 72 | ISSAC | JUDON |
| 73 | STEAVEN | DeCARLES |
| 74 | LEATRICE | JEFFY |
| 75 | ROLANDO | SORI |
| 76 | JENNIFER | TURNER |
| 77 | RYAN | CORDERO |
| 78 | KENNETH | ADAMS |
| 79 | JOSEPH STEPHEN | MURZYN |
| 80 | JAMES D | JOHNSON |
| 81 | DONISHARA | ROSS |
| 82 | DELTOSHA | MAULTSBY |
| 83 | CHARLES | MUXO |
| 84 | JOHN | GANNON |

| | | |
|---|---|---|
| 85 | JASON R | ELLISON |
| 86 | ROY L | ARMSTRONG |
| 87 | MARIA | CASTELLI |
| 88 | JENNIFER | BOYD |
| 89 | AUSHA | SORLES |
| 90 | ALEGERNON | FELIX |
| 91 | IVY | SAMPLE |
| 92 | DAVID | MILLS |
| 93 | ANTHONY JOHN | BUCCIERI |
| 94 | ALEXANDER | DUKAS |
| 95 | INEZ | SPIGNER |
| 96 | KARIN M | WELSH |
| 97 | KEVIN | PROCTOR |
| 98 | ARTHUR | SMITH JR |
| 99 | JOHANNE | HOLTON |
| 100 | JAMES | MENCHACA |
| 101 | ROBERT | WARREN |
| 102 | CHRISTINA | RONDEAU |
| 103 | LISA L | PITTS |
| 104 | BRIAN | MELCHIORRE |
| 105 | BRIAN MICHAEL | HETZER |
| 106 | ROSE | CUTLER |
| 107 | CAROLYN | CARR |
| 108 | LISA | FERNANDES - MORRIS |
| 109 | NANCY ANN | MARSH |
| 110 | DARLENE | RHODES |
| 111 | GERRY L | HARDEN |

| 112 | RICHARD WALTER | DOTY |
| --- | --- | --- |
| 113 | REBECCA J | HOKE - MENTZER |
| 114 | CARMEN | LONDONO |
| 115 | STEPHANIE | LARSON |
| 116 | DAVID J | MACK |
| 117 | CINDY H | PRESZLER - MACK |
| 118 | JOANNE | GRAF |
| 119 | JOSEPH | SHOFET |
| 120 | BROOKE | BROWN |
| 121 | AVISHALOM (AVI) | KLAMMER |
| 122 | JONATHAN LEE | MATTHEWS |
| 123 | DOUGLAS | BUSHMAN |
| 124 | CHRISTINA | LOFTIS |
| 125 | ROBERT | BULYAR |
| 126 | LU FOU | SAEPHANH |
| 127 | LORNA J | HOLLIDAY - McGEE |
| 128 | VICKIE | BURNIDGE |
| 129 | CHANTZ LEE | HERBERT |
| 130 | JONATHAN | PLAZEWSKI |
| 131 | YESENIA | DeLaROSA |
| 132 | AUTUMN | TRAVELSTEAD |
| 133 | JOHNNY E | HAGGARD SR |
| 134 | RHONDA | DALY |
| 135 | HILARY M | LEWIS |
| 136 | TRISTAN | DALY-FELL |
| 137 | DANIEL | MURRO |
| 138 | LYNDI LAREE | REICHENBACH |
| 139 | JUDY | McKELLIPS |

| 140 | C VENCENT | BELL III |
|---|---|---|
| 141 | JoANN | ZIELINSKI |
| 142 | VIRGINIA | LEON |
| 143 | DEBRA | JACKSON |
| 144 | VIRGINIA | LEON |
| 145 | JEFFERSON | NUNN |
| 146 | MADELEINE RENEE | REID |
| 147 | BRUCE | MURILLO |
| 148 | JORDAN | SMITH |
| 149 | JOHN D | MORMAN |
| 150 | PAIGE ELIZABETH | VASSEUR |
| 151 | SCOTT | WAGNER |
| 152 | SHEILA | HOOKEN |
| 153 | DARWIN E | GUTIERREZ |
| 154 | BRAD | HOSCHAR |
| 155 | JASMINE | KITTLING |
| 156 | RICK | COHEN |
| 157 | KEITH RONALD | REHMANN |
| 158 | HOPE | AUGUSTINI |
| 159 | SHYLA | ROBINSON |
| 160 | SHEKINAH | WALLER |
| 161 | JAMES | SCHIMMELPFENNING |
| 162 | JESSICA | GUTIERREZ |
| 163 | STEVEN | POLLEY |
| 164 | RUSSELL | KELLEY JR |
| 165 | HANNAH | LUTZ |
| 166 | DAVID | FLOYD |
| 167 | BILL (WILLIAM) | ABBOTT |

| | | |
|---|---|---|
| 168 | ANTHONY | HOWARD |
| 169 | ERIN | BALLERSTEIN |
| 170 | GARY | EGGERS |
| 171 | KIMBERLY | MATHIS |
| 172 | DAVID | BENTHAM |
| 173 | SHARON | RAWLE |
| 174 | BRANALILYN | PROCTOR |
| 175 | JONATHAN | BEAN |
| 176 | CLARA | REEVES |
| 177 | MARGARET (MARGI) | TRAPANI |
| 178 | WILLIAM | HIMPELE |
| 179 | RAHNITA | BOYKIN |
| 180 | KAMIESHA | CALHOAN |
| 181 | JESSICA | EMERY |
| 182 | RAYMOND | DRISH JR |
| 183 | THERESA | MILO |
| 184 | JOELLYN | MARASS |
| 185 | VERONICA | WENKUS |
| 186 | DENNIS | HAGGART |
| 187 | CHRISTOPHER | SHORT |
| 188 | FRANK | ORLANDO |
| 189 | BRIAN | VANDOLLCK |
| 190 | PAUL | LOGAN |
| 191 | MICHAEL | REED |
| 192 | CARSON | WALDROP |
| 193 | REY | CARPIO |
| 194 | RICHARD | BELANGER |
| 195 | MACHELLA | HAYES |

| | | |
|---|---|---|
| 196 | KENDRA | CHAVARRIA |
| 197 | RACHEL | YAMADA |
| 198 | GWENEVERE J | TURNER |
| 199 | TIMOTHY | PAGEL |
| 200 | VALARIE | SHAKESPEARE |
| 201 | LETIA | DICKERSON |
| 202 | GEROGE | CRUZ |
| 203 | CARMEN | ROBERSON |
| 204 | ARNULFO | ARAGUZ JR |
| 205 | A | ALLEN |
| 206 | ROBERT A | SMITH |
| 207 | CLAUDIA L | NELSON |
| 208 | PAMELA E | HODGES |
| 209 | GRANT | MYERS |
| 210 | RICKY | VASQUEZ |
| 211 | DOMINIK | ARREAGA |
| 212 | KRISTIAN | DELAROSA |
| 213 | JOSEPH | PAYNE |
| 214 | NAKESHIA | BROWN |
| 215 | CHRISTOPHER | MARTINEZ |
| 216 | REBECCA | CRENSHAW |
| 217 | BRIAN | DONOHUE |
| 218 | WILLIAM | GREWE - MULLINS |
| 219 | DONNA | CONFORTL |
| 220 | HEATHER R | ROBERTS |
| 221 | ANDREW | ZITO |
| 222 | BRITTANY | ABRAHAM |
| 223 | ARREBA ALICIA | STAFFORD |

| | | |
|---|---|---|
| 224 | BART | BLANKENSHIP |
| 225 | BRETTY M | HASS - JONES |
| 226 | JONATHAN | SKOWRONSKI |
| 227 | RAVEN | WHITE |
| 228 | KELLY | BROWN |
| 229 | THERESA | COSTELLO II |
| 230 | AARON | GRIMES |
| 231 | JESSICA | GRIMES |
| 232 | JOSEPH STEPHEN | FINTAK |
| 233 | KATEY | SEWELL |
| 234 | SHAWANDA | BARNES |
| 235 | VERONICA | MILLER |
| 236 | DANIEL | WATT |
| 237 | CLARENCE EDWARD | RAY |
| 238 | DEBORAH | BLAIR |
| 239 | JEFEMY BRANDON | OGLE |
| 240 | CLIFFORD J | COBERT JR |
| 241 | CHARLA | HARVEY |
| 242 | ROBERT A | HAMMOND |
| 243 | RICHARD LEE | BENNETT III |
| 244 | NORMA MARIE | SIMMONS |
| 245 | MARK S | SPOUL JR |
| 246 | DENNIS J | MARTINEK |
| 247 | MOLLIE J | COFFEY |
| 248 | JACOB | SZPYTEK |
| 249 | DENISE | MURRAY |
| 250 | ASIA | GLORER |
| 251 | SHARON L | SERRANO |

| 252 | ELIZABETH | BELL |
|---|---|---|
| 253 | STEVEN | COX |
| 254 | JOSE A | RUIZ |
| 255 | DAVID | CRAIYL |
| 256 | LAKEISHA M | JOHNSON |
| 257 | RONALD | MILES |
| 258 | THOMAS SCOTT | ELLIS |
| 259 | SHAWN | GIDARO |
| 260 | NEDRA | HENSON |
| 261 | TAYLOR | GIBBONS |
| 262 | WILLIAM L | KUKLA |
| 263 | ANGELA SUE | SWIFT |
| 264 | ENRIGUE | QUINTANILLA |
| 265 | ELLA N KING (SRYMANSKE) | KING (SRYMANSKE) |
| 266 | KEITH | DETEAU |
| 267 | CHRISTOPHER | CAMPBELL |
| 268 | HANAE | CAMPBELL |
| 269 | CHINITA | McCOY |
| 270 | HARRY | McCOY |
| 271 | JOHN | ARN III |
| 272 | MARY | McCLUNG |
| 273 | DAVID | DUNNING |
| 274 | BILLY ALBERT | ARNOLD |
| 275 | MICHELLE | GALLOWAY BLANCO |
| 276 | JILL | ZAGER |
| 277 | PATRINA E | KELLY |
| 278 | CHRISTEN | RIGGINS |

| 279 | KEVIN | BOCK |
|-----|-------|------|
| 280 | CHRISTOPHER | HOLLAND |
| 281 | JONETTA | HOWARD-LAKE |
| 282 | AMANDA | DeROSA |
| 283 | BARNEY RAY | KEISLER |
| 284 | TRUDI ANN | HUNTER-WHEELER |
| 285 | MICHAEL | McGRATH |
| 286 | KELLY D | SUTTON |
| 287 | SAMUEL | KINGSTON |
| 288 | KIMBERLY | SHEARS-BARNES |
| 289 | CHELSEA | CAVER |
| 290 | DOMINIQUE | CALDWELL |
| 291 | SCOTT | DANSBY |